| PROB 22 ev.2/8 | DOCKET NUMBER(Tran.Ct) |
|---|---|
| | 1:09-20259-CR-SEITZ-002 |

# TRANSFER OF JURISDICTION

DOCKET NUMBER(Rec.Ct)

*3:14-00066*

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT SD/FL | DIVISION MIAMI |
|---|---|---|
| Javier Sarduy | NAME OF SENTENCING JUDGE THE HONORABLE PATRICIA A. SEITZ | |

| SD/FL PACTS No. 100121 | DATES OF PROBATION SUPERVISED RELEASE | FROM 11/26/2012 | TO 11/25/2015 |
|---|---|---|---|

OFFENSE: **Count 7: Conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349**

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

    **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Middle District of Tennessee** upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/16/2013
_____
Date

*Patricia A. Seitz*
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF   **Middle District of Tennessee**

    **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/11/14
_____
Effective Date

*Todd Campbell*
_____
United States District Judge