PROB 12A
(Revised 05/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Javier Sarduy</u>     Case Number: <u>3:14-00066</u>

Name of Sentencing Judicial Officer: <u>Honorable Patricia A. Seitz, U.S. District Judge, SDFL</u>

Name of Current Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>October 5, 2009</u>

Original Offense: <u>18 U.S.C. § 1349, Conspiracy to Commit Health Care Fraud</u>

Original Sentence: <u>40 months' custody and three years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>November 26, 2012</u>

Assistant U.S. Attorney: <u>To be determined</u>     Defense Attorney: <u>To be determined</u>

---

The Court orders:

    ☒ Allow offender to terminate supervised release, as scheduled, owing restitution
    ☐ No Action Necessary at this Time
    ☐ Submit a Request for Modifying the Condition or Term of Supervision
    ☐ Submit a Request for Warrant or Summons
    ☐ Other

Considered this <u>26</u> day of <u>May</u>, 2015, and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Amanda Michele
U.S. Probation Officer

Place     <u>Nashville, TN</u>

Date     <u>May 26, 2015</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall pay restitution, joint and several with his co-defendant, in the amount of $772,978.00.** |

According to the most recent report from the U.S. District Court Clerk's office, Mr. Sarduy has paid his $100 special assessment and $1,600.00 towards his restitution, leaving the remaining balance, for both co-defendants, at $771,308.30.

**Compliance with Supervision Conditions and Prior Interventions:**
Javier Sarduy is employed by Bellascapes Group of Tennessee and WoodGrain and lives with his wife and children in Gallatin, Tennessee. He began his term of supervised release on November 26, 2012, and he is due to terminate supervision on November 25, 2015.

While on supervision, Mr. Sarduy has maintained full-time employment and made irregular restitution payments, to the best of his ability, to the Southern District of Florida's District Court Clerk's office. He has expressed understanding that he will need to continue making restitution payments once his supervision has ended.

**U.S. Probation Officer Recommendation:**
It is recommended that Mr. Sarduy be continued on supervised release and his supervision terminate, as scheduled, on November 25, 2015, with the understanding that he will continue to make restitution payments after supervision has ended.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer